UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                         :

XYZ CORP.,

                    Plaintiff,          :     **ORDER TO VACATE**

                                           :     24 Civ. 4429 (AKH) (SN)

      -against-                       :

ABC CORP & DOES 1-100,

                  Defendants.    :

------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       IT IS HEREBY ORDERED, that although this case was previously referred to the Magistrate Judge for general pretrial and dispositive motions, the order, Dkt. No. 14 shall be vacated, and this case shall remain with Judge Hellerstein.

       This does not disturb the scheduling order dated June 26, 2024, Dkt. No. 15.

       SO ORDERED.

Dated:     June 27, 2024
              New York, New York

                                                                   ALVIN K. HELLERSTEIN
                                                                  United States District Judge