UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
                             :

XYZ CORP.,

                             :    **ORDER REGULATING**

              Plaintiffs,     :    **PROCEEDINGS**

                             :

      -against-             :    24 Civ. 4429 (AKH)

                             :

ABC CORP. and DOES 1-100,     :

                             :

             Defendants.     :

                             :

--------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        A preliminary injunction hearing was held on July 17, 2024.  The Clerk shall unseal this case in its entirety.  Plaintiffs shall amend the caption to identify Plaintiffs and all Defendants, and Plaintiffs shall submit a proposed order for a preliminary injunction, which upon review and if satisfactory, the Court will review and grant along with proper findings and conclusions.

        SO ORDERED.

Dated:      July 17, 2024
           New York, New York          ALVIN K. HELLERSTEIN
                                    United States District Judge

1